422 A.2d 1176

Commonwealth ex rel. McCarrick v. McCarrick, Appellant.

Argued June 20, 1979. Joseph P. Phelps, Jr., for appellant; Frank W. Jenkins, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.